

July 8, 2024

Attn: D Logan Schroeder
Cook, Yancey, King & Galloway
333 Texas Street, Suite1700
Shreveport, LA  71120
Logan.Schroeder@cookyancey.com

RE: **Reply to June 25, 2024 Letter**
**1041-SunZia South Wind, New Mexico and 1047-SunZia North Wind, New Mexico**

Dear Mr. Schroeder:

Please accept this as Blattner's response to your letter dated June 25, 2024.  We obviously disagree with the entirety of your response.  If there was any doubt regarding whether Excel was in default, you removed it by walking off the project after receiving a demand for adequate assurances and a request to resume your work.  Excel has materially breached the Subcontract and forced Blattner to engage a substitute contractor to complete its work.  Excel is liable for all costs resulting from its failure to standby its word.

Regarding your invocation of the dispute resolution provisions of the subcontract, please provide the identity of your chosen representative and their availability for a phone conference.  I will be Blattner's representative and my availability can be coordinated through Victoria Braegelmann.

Sincerely,

Dennis O'Mara
Director of Construction

cc:   Derek Harvieux, Legal Counsel
      Ron Rasley, Associate General Counsel
      Victoria Braegelmann, Project Support Coordinator
      Jessica Loidolt, Contracts Manager
      John Marshall, Project Manager
      Eric Hardy, Project Manager